UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

MAXLITE, INC., a New Jersey corporation,
f/k/a SK AMERICA, INC., d/b/a/ MAXLITE,

CASE NO. 2:15-cv-01116-SDW-SCM

Plaintiff,

  -against-

**CERTIFICATION OF SERVICE**

ATG ELECTRONICS, INC., JAMES D. STEEDLY, SOPHIA C. GALLEHER, and MATTHEW KIM,

Defendants.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

I certify that on October 19, 2015, I caused the above to be electronically filed via the Court's CM/ECF system, which will send notification of such filing to all ECF registered counsel of record, including:

COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP
Peter S. Pearlman
Joseph B. Brown
Kelly M. Purcaro
Erika P. Piccirillo
Park 80 West Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663

Shari Amster
325 Chestnut Street
Suite 1109
Philadelphia, Pennsylvania 19106

I will also, shortly after filing, serve via email, based on their consent to electronic service, a true copy of the foregoing on:

PASHMAN STEIN P.C.
Michael S. Stein (mstein@pashmanstein.com)
J. John Kim (jkim@pashmanstein.com)
Court Plaza South
21 Main Street, Suite 200
Hackensack, New Jersey 07601-7054

Dated: October 19, 2015

                                                Respectfully submitted,
                                                /s/ Alexander Friedman
                                                Alexander Friedman (AF2750)
                                                Brody and Associates, LLC
                                                179 Post Road West
                                                Westport, Connecticut 06880
                                                afriedman@brodyandassociates.com
                                                Phone: (203) 965-0560
                                                Fax: (203) 965-0569