UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MAXLITE, INC., a New Jersey Corporation, f/k/a SK AMERICA, INC., d/b/a MAXLITE,

*Plaintiff*,

v.

ATG ELECTRONICS, INC., JAMES D. STEEDLY, SOPHIA C. GALLEHER, and MATTHEW KIM,

*Defendants*.

Civil Action No. 15-1116

**ORDER**

**John Michael Vazquez, U.S.D.J.**

This matter comes before the Court on Defendant ATG Electronics, Incorporated's ("ATG") supplemental motion to dismiss for lack of personal jurisdiction or, alternatively, to transfer. D.E. 138. Plaintiff MaxLite, Incorporated ("MaxLite") opposed the motion (D.E. 141) and ATG filed a reply (D.E. 145). The Court reviewed all of the arguments made in support or in opposition to the motion, and considered the motion without oral argument pursuant to L. Civ. R. 78.1(b). For the reasons set forth in the Court's Opinion accompanying this Order, and for good cause shown,

**IT IS** on the 24th day of June, 2016

**ORDERED** that ATG's Motion to Dismiss for Lack of Personal Jurisdiction is **DENIED**; and it is further

**ORDERED** that ATG's Motion to Transfer Venue is **DENIED**.

*[signature]*
John Michael Vazquez, U.S.D.J.

1