UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAXLITE, INC. a New Jersey Corporation, f/k/a SK AMERICA, INC., d/b/a MAXLITE<br><br>　　　　Plaintiff,<br><br>　　-v-<br><br>ATG ELECTRONICS, INC., JAMES D. STEEDLY, SOPHIA C. GALLEHER and MATTHEW KIM,<br><br>　　　　Defendants. | Civil Action No.:<br>12:15-CV-01116-(JMV)(JBC)<br><br>**DECLARATION OF DAVID F. JASINSKI, ESQ. IN SUPPORT OF DEFENDANT ATG'S POST-HEARING BRIEF** |

　　David F. Jasinski hereby declares as follows:

　　1.　I am an attorney at law admitted to practice before this Court and a member of Jasinski, P.C. attorneys for the Defendant ATG Electronics, Inc. ("ATG"). In that capacity, I am familiar with the facts set forth and documents identified herein.

　　2.　I make this Certification in support of Defendant's Post-Hearing Brief.

　　3.　Attached hereto as Exhibit A are the relevant excerpts of the transcript In Re Grand Jury hearing.

　　4.　Attached hereto as Exhibit B is a true and accurate copy of Defendant's ATG's Exhibits relevant to the post-hearing brief.

　　5.　Attached hereto as Exhibit C is a true and accurate copy of Employee Defendant's [Plaintiff's] Exhibits relevant to the post-hearing brief.

6.   Attached hereto as Exhibit D is a true and accurate copy of Dkt. Entry 113-2, letter re: State Grand Jury Investigation dated October 2, 2014.

I hereby declare that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: October 28, 2022

                                          <u>s/ David F. Jasinski</u>
                                          DAVID F. JASINSKI, ESQ.

                                          JASINSKI, P.C.
                                          2 Hance Avenue, 3rd Floor
                                          Tinton Falls, New Jersey 07724
                                          T: 973-824-9700
                                          F: 732-842-1805
                                          Attorneys for Defendant
                                          ATG Electronics, Inc.

**CERTIFICATION OF SERVICE**

The undersigned hereby certifies that he caused a true and accurate copy of the foregoing Declaration and Defendant ATG Electronics, Inc.'s Post-Trial Brief to be served on October 28, 2022 via CM/ECF upon:

>Kelly M. Purcaro, Esq.
>Korry Ann Ferro, Esq.
>A.Y. Strauss, LLC
>101 Eisenhower Parkway, Suite 412
>Roseland, New Jersey, 07068
>
>J. John Kim, Esq.
>Pashman Stein PC
>21 Main Street
>Suite 200
>Hackensack, NJ  07601
>
>Michael Stein, Esq.
>Pashman Stein PC
>21 Main Street
>Suite 200
>Hackensack, NJ  07601

Dated: October 28, 2022              s/ David F. Jasinski
                                     DAVID F. JASINSKI