**Michael S. Stein, Esq. (MS-3248)**
**J. John Kim, Esq. (JK-1979)**
**PASHMAN STEIN WALDER HAYDEN, P.C.**
Court Plaza South
21 Main Street, Suite 200
Hackensack, NJ 07601
(201) 488-8200
*Attorneys for Defendants Sophia C.*
*Galleher and Matthew Kim*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAXLITE, INC., a New Jersey Corporation, f/k/a SK AMERICA, INC., d/b/a MAXLITE,<br><br>Plaintiff,<br><br>v.<br><br>ATG ELECTRONICS, INC., JAMES D. STEEDLY, SOPHIA C. GALLEHER and MATTHEW KIM,<br><br>Defendants. | Civil Action No. 2:15-CV-01116-SDW-SCM |

### EMPLOYEE-DEFENDANTS' REPLY FINDINGS OF FACT AND CONCLUSIONS OF LAW