## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

MAXLITE, INC.,

   *Plaintiff,*

  v.

ATG ELECTRONICS, INC., et al.,

   *Defendants.*

Civil Action No. 15-1116 (JMV) (JBC)

**ORDER**

**John Michael Vazquez, U.S.D.J.**

For the reasons stated on the record on December 21, 2022, and for good cause shown

**IT IS** on this 21st day of December 2022,

**ORDERED** that Defendant ATG Electronics, Inc. ("ATG") is not responsible for the Employee Defendants' legal fees as a third-party payor pursuant to *In re State Grand Jury Investigation*, 983 A.2d 1097 (N.J. 2009); and it is further

**ORDERED** that the Employees Defendants' crossclaim is **DISMISSED**; and it is further

**ORDERED** that the Employee Defendants are granted leave to file a motion to amend their crossclaims to assert appropriate contract or quasi-contract claims. Any such motion must be filed within thirty (30) days from the date of this Order; and it is further

**ORDERED** that the Employees Defendants' motion in limine to preclude ATG from admitting certain evidence regarding Pashman Stein's retainer agreement and fees during the bench trial, D.E. 460, is **DENIED as moot** because ATG did not seek to admit this evidence during the bench trial.

               _____
               John Michael Vazquez, U.S.D.J.