**Michael S. Stein, Esq.**
**J. John Kim, Esq.**
**Janie Byalik, Esq.**
**Zachary A. Levy, Esq.**
**PASHMAN STEIN WALDER HAYDEN, P.C.**
Court Plaza South
21 Main Street, Suite 200
Hackensack, NJ 07601
(201) 488-8200
*Attorneys for Defendants Sophia C.*
*Galleher and Matthew Kim*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAXLITE, INC., a New Jersey Corporation, f/k/a SK AMERICA, INC., d/b/a MAXLITE,<br><br>Plaintiff,<br><br>v.<br><br>ATG ELECTRONICS, INC., JAMES D. STEEDLY, SOPHIA C. GALLEHER and MATTHEW KIM,<br><br>Defendants. | Civil Action No. 2:15-CV-01116-JMV-JBC<br><br><br><br><u>**NOTICE OF APPEARANCE BY ZACHARY A. LEVY**</u> |

**TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Zachary A. Levy, of the law firm of Pashman Stein Walder

Hayden, is authorized to practice in this Court and hereby enters an appearance in this matter as

additional counsel for Defendants Sophia C. Galleher and Matthew Kim.

                                                      **PASHMAN STEIN WALDER HAYDEN, P.C.**

Attorneys for Defendants,
**Sophia C. Galleher, and Matthew Kim**

Date: December 28, 2022     By:   /s/ Zachary A. Levy
                                  ZACHARY A. LEVY