JASINSKI                          A PROFESSIONAL CORPORATION | COUNSELORS-AT-LAW

www.jplawfirm.com

February 3, 2023

***VIA CM/ECF***
Honorable John Michael Vazquez, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

  **Re:** ***Maxlite, Inc. v. ATG Electronics, Inc. et al.***
     **Case No.: 2:15-cv-01116-JMV-JBC**

Dear Judge Vazquez:

   This firm represents Defendant ATG in the above-referenced matter. Defendant's oppositions to the motions returnable on February 21, 2023 are due on February 7, 2023. (ECF Nos. 498, 4500.) We respectfully request the motions be adjourned to the March 6, 2023 motion date. Counsel for MaxLite, Inc. consents to the two week extension to submit responses.

   Thank you for your consideration.

         Respectfully submitted,

         JASINSKI, P.C.

         s/ David F. Jasinski

         DAVID F. JASINSKI

cc:  all parties of record (<u>via</u> cm/ecf)

         SO ORDERED.

         <u>s/ John Michael Vazquez</u>
         John Michael Vazquez, U.S.D.J.

         Date: 2/6/2023

---

2 Hance Avenue, 3rd floor  308 South New York Road, Suite B  670 White Plains Road, Suite 326
Tinton Falls, NJ  07724  Galloway, NJ  08205  Scarsdale, NY 10583
ph 973-824-9700 | fax 732-842-1805  ph 609-677-9800 | fax 609-677-9811

**Please respond to: Tinton Falls**