# GreenspoonMarder LLP

KoryAnn Ferro, Senior Counsel
One Riverfront Plaza
1037 Raymond Blvd., Suite 900
Newark, New Jersey 07102
Phone: 732.494.4800
Fax: 954.333.4222
Direct Phone: 732.456.8746
Direct Fax: 732.957.2314
Email: koryann.ferro@gmlaw.com

February 16, 2023

*Via CM/ECF*
Honorable John Michael Vazquez, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:  *Maxlite, Inc. v. ATG Electronics, Inc. et. al*
     Case No. 2:15-cv-01116-JMV-JBC

Dear Judge Vazquez:

This firm represents Maxlite, Inc. ("MaxLite") in the referenced matter. On January 25, 2023 this Court granted an extension of time request on the letters regarding the Motion for Summary Judgment. To that end, both Maxlite's and ATG Electronics, Inc.'s ("ATG") submissions are due on Monday, February 20, 2023. As such date is a federal holiday (Presidents Day), MaxLite and ATG are in agreement that the submissions should be due on Tuesday, February 21, 2022. All parties respectfully request this Court to extend the deadline to February 21, 2023 accordingly.

Thank Your Honor for your consideration.

Respectfully submitted,

GREENSPOON MARDER LLP

*/s/ KoryAnn Ferro*

KoryAnn Ferro, Senior Counsel