<u>Not for Publication</u>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| MAXLITE, INC.,<br><br>                    *Plaintiff*,<br><br>        v.<br><br>ATG ELECTRONICS, INC., et al.,<br><br>                *Defendants*. | Civil Action No. 15-1116<br><br>**ORDER** |

<u>**John Michael Vazquez, U.S.D.J.**</u>

        This matter comes before the Court on Plaintiff Maxlite Inc. ("Maxlite") and Defendant

ATG Electronics, Inc.'s ("ATG") letters requesting leave to file motions for summary judgment.

The Court reviewed the letter requests, D.E. 510, 513, and the accompanying statements of

undisputed material facts, D.E. 510-1, 511[1], 513-1.  The Court also reviewed the parties' letters in

opposition, D.E. 533, 531, and their responses to the statements of undisputed material facts, D.E.

531-1, 532-1[2], 535.[3]

        For these reasons, and for good cause shown,

        IT IS on this 23rd day of March 2023,

        **ORDERED** that the parties' requests for leave to file motions for summary judgment, D.E.

_____

[1] D.E. 511 is an unredacted version of D.E. 510-1.

[2] D.E. 532-1 is an unredacted version of D.E. 531-1.

[3] D.E. 535 is an amended version of ATG's response to Maxlite's Statement of Undisputed Material Facts, which appears to supersede the document filed at D.E. 533-1.

510, 513, are **GRANTED**; and it is further

ORDERED that both motions for summary judgment are limited to the issues raised in the parties' respective letters,[4] but the parties are not prohibited from citing additional legal authority in support of their motions; and it is further

ORDERED that the parties shall refer to, and not refile, their statements of undisputed material facts, D.E. 510-1, 511, 513-1, and their responses to the statements of undisputed material facts, D.E. 531-1, 532-1, 535, in connection with their summary judgment motions; and it is further

ORDERED that the respective parties shall file any exhibits referenced, or relied upon in the statements of undisputed material facts and the responses to the statements of undisputed material facts at the same time as the motions for summary judgment; and it is further

ORDERED that these motions for summary judgment are the only motions for summary judgment that may be filed in this matter; and it is further

ORDERED that the motions for summary judgment shall be filed within forty-five days of entry of this Order.

John Michael Vazquez, U.S.D.J.

---

[4] If either party raises additional issues, they will be disregarded by the Court.